Constantine P. Triandafil, appellant, v. Tom Hadzi and Theodore Hadzi, trading as Hadzi Brothers, appellees.  Gen. No. 28,930.

Appeal from order vacating judgment by confession in action on promissory notes.  Appeal from the Municipal Court of Chicago; the Hon. Emanuel Eller, Judge, presiding.  Heard in the second division of this court for the first district at the October term, 1923. Affirmed.  Opinion filed May 27, 1924.

George B. Cohen and A. H. Cohen, for appellant. Felix J. Streyck-mans and Paul Demos, for appellees.

Mr. Justice Fitch delivered the opinion of the court.